# MIT Department of Physics

**Peter Fisher, Department Head**   Professor of Physics

<u>**PERSONAL AND CONFIDENTIAL**</u>

<u>**VIA FEDERAL EXPRESS**</u>

December 2, 2014

Faïza Harbi
797, Avenue du Marché-Gare
Residence Nouveau Palace,
Bât.A ,apprt.A05
34070
Montpellier
FRANCE

*Re: Complaint against Professor Emeritus Walter Lewin*

Dear Ms. Harbi:

Following up on our conversation of December 2, 2014, I am writing to provide you the results of MIT's investigation of the October 7, 2014, complaint made by you against Professor Emeritus Walter Lewin. In your complaint, you alleged that during and after the 8.01x course that Professor Lewin taught, he sexually harassed you and engaged in inappropriate behaviors that violate MIT policies.

The investigation team, consisting of Jennifer Walsh (Manager, Employee Relations, and Interim Title IX Co-Coordinator), Sarah Rankin (Director, Student Title IX Compliance and Investigator), and Scott Roberts (from the law firm Hirsch Roberts Weinstein LLP), has now completed its investigation. A copy of the confidential investigation report is enclosed with this letter.

As you can see from the report, based on their factfinding, the investigators found that Professor Lewin's conduct violated MIT's Policies and Procedures, including Sections 9.5 Policy on Harassment, 4.4 Conflict of Interest, 9.1 Personal Conduct and Responsibilities Towards Students and Employees, and 9.7 Relations with Students and Student Conduct.

Pursuant to Section 9.6 of MIT's Policies and Procedures, I am responsible, as Head of the Physics Department and Professor Lewin's manager for purposes of these policies, for ensuring that an objective and timely review is done and, once the review is completed, for determining what, if any, action to take based on the investigation report. Based on a full and careful review of the report, I agree with its conclusions and have decided that serious actions are appropriate. As we discussed when we spoke, Professor Lewin is already retired from MIT, but MIT has taken steps to sever all remaining ties with Professor Lewin, to prohibit him from using any MIT resources or facilities, and to remove Professor Lewin's lectures and courses from MIT's OpenCourseWare, MITx, and edX websites.

Now that the investigation is complete, I once again remind you, as I have with Professor Lewin, of the provisions in MIT's Policies and Procedures concerning confidentiality. Specifically, all participants in an investigation such as this one are expected to maintain confidentiality. This policy is important to promoting an environment in which complainants feel comfortable raising concerns, individuals with

http://web.mit.edu/physics/
**E** fisherp@mit.edu   **T** 617 253-4801   **F** 617 253-8554

Building 4-304
77 Massachusetts Avenue
Cambridge, MA 02139-4307

knowledge of facts freely participate, and all parties are treated fairly in MIT's complaint handling process. Information about appeals of this decision can be found in Section 9.6.3.2 of MIT's Policies and Procedures, located at http://web.mit.edu/policies/9/9.6.html#sub3.

I want to thank you for coming forward with your complaint and cooperating with MIT's investigation. Please do not hesitate to contact me with any questions.

Best regards,

Peter Fisher
Physics Department Head

Enclosure

<u>**CONFIDENTIAL REPORT REGARDING INVESTIGATIVE REVIEW**</u>

| | |
|---|---|
| To: | Peter Fisher, Department Head of MIT's Department of Physics |
| From: | Scott A. Roberts, Hirsch Roberts Weinstein LLP |
| | M. Jennifer Walsh, Title IX Co-Coordinator, Manager, Employee Relations, MIT |
| | Sarah Rankin, Director, Student Title IX Compliance and Investigations, MIT |
| Date: | November 22, 2014 |
| Re: | Report on Investigation of Alleged Sexual Misconduct by Professor *Emeritus* Walter Lewin |

## I.  <u>Procedural Background and Investigators' Charge</u>

On October 7, 2014, MIT received a complaint from Faiza Harbi ("Ms. Harbi") asserting allegations of sexual harassment and inappropriate behavior against Professor *Emeritus* Walter Lewin ("Professor Lewin"). During the fall of 2013 and winter of 2014, Ms. Harbi was a student in 8.01x, a physics course taught by Professor Lewin and offered by MIT through edX, an online educational platform.

Ms. Harbi provided documents in support of her complaint, which were reviewed by M. Jennifer Walsh, Title IX Co-Coordinator, MIT's Manager, Employee Relations ("Ms. Walsh"). In accordance with MIT's policies, Ms. Walsh determined that Ms. Harbi's complaint alleged potential violations of MIT's employment policies and that a formal review of her allegations was warranted.[1] Ms. Harbi's complaint was brought to the attention of Peter Fisher, Department Head of MIT's Department of Physics ("Professor Fisher").[2]

On October 10, 2014, Professor Fisher and MIT Administrative Officer Matthew Cubstead met with Professor Lewin and informed him of Ms. Harbi's complaint.

On October 14, 2014, Ms. Walsh and Wayne Turner, MIT's Director, Employee Relations, Operations and Services, met with Professor Lewin and apprised him that MIT would be conducting an investigation into Ms. Harbi's allegations of sexual harassment. During that meeting, Professor Lewin was also provided with a copy of MIT's Complaint Policy and MIT's Harassment Policy.

---

[1]   *See* MIT's Policies and Procedures: A Guide for Faculty and Staff Members ("Policies"), §9.6.3.1.
[2]   *Id.*

Under MIT's Policies, the review of cases involving allegations of sexual harassment is generally conducted by a human resources professional or other experienced investigator.[3] In accordance with that policy, Professor Fisher engaged an investigative team comprised of Ms. Walsh, Sarah Rankin, MIT's Director, Student Title IX Compliance and Investigations ("Ms. Rankin"), and Scott A. Roberts, a partner at the law firm of Hirsch Roberts Weinstein LLP ("Mr. Roberts") (collectively, "the Investigators"). The Investigators were charged with conducting an objective and timely review of Ms. Harbi's complaint.[4]

The Investigators reviewed Ms. Harbi's complaint, gathered and analyzed evidence from Ms. Harbi and Professor Lewin, and interviewed witnesses. This report summarizes the Investigators' review and sets forth their conclusions regarding policy violations.

In accordance with MIT's Policies, a copy of this report will also be provided to Ms. Harbi and Professor Lewin. All recipients of this report are reminded of MIT's Confidentiality policy, which states as follows: "All participants in the ... formal review process are expected to maintain confidentiality to protect the privacy of all involved, to the extent possible and as permitted by law."[5]

## II.   Relevant Provisions of MIT's Policies and Procedures

The events giving rise to Ms. Harbi's complaint occurred during her participation in the 8.01x course, which ran from September 9, 2013 through January 15, 2014 (the "Relevant Period"). During that time, MIT had in effect policies and procedures applicable to faculty and staff that were set forth in a document entitled *Policies and Procedures: A Guide for Faculty and Staff Members* (the "Policies"). The Policies provided, in relevant part, as follows:

- It is the policy of the Institute that its ... faculty, ... and others acting on its behalf have the obligation to avoid ethical, ... or other conflicts of interest and to ensure that their activities and interests do not conflict with their obligations to the Institute or its welfare. Policies, §4.4 (Conflict of Interest).
- Other potential conflicts of interest may arise from opportunities that an individual may have to influence or to be influenced improperly by personal relationships, in ways that are not consistent with the education and employment policies and the principles to which MIT is committed. Potential conflicts of interest of a particularly sensitive nature may arise out of sexual relationships, especially in the context of educational or employment supervision and evaluation. *Id.*
- All members of the MIT community are expected to conduct themselves with proper respect for one another .... The Institute fosters the attitude that ... every individual

---

[3]   *Id.*

[4]   *Id.* Ms. Harbi and Professor Lewin were informed that Ms. Rankin and Ms. Walsh would be involved in the review on October 15, 2014. Ms. Harbi and Professor Lewin were informed of Mr. Roberts's role in the review on November 4, 2014 and November 7, 2014, respectively.

[5]   Policies, §§9.6.3.1 and 9.6.5.3

deserves to be treated, judged, and accorded both common decencies and all the benefits of society in … [a] respectful manner. Policies, §9.1 (Personal Conduct and Responsibilities Towards Students and Employees).

- MIT is committed to creating an environment in which every individual can work, study, and live without being harassed. Policies, §9.5 (Policy on Harassment)

- Harassment is any conduct, verbal or physical, on or off campus, that has … [the] effect of unreasonably interfering with an individual['s] … educational … performance at MIT or that creates an intimidating, hostile, or offensive educational, … environment. *Id.*

- Sexual harassment may take many forms. Sexual assault and requests for sexual favors that affect educational or employment decisions constitute sexual harassment. However, sexual harassment may also consist of unwanted physical contact, requests for sexual favors, visual displays of degrading sexual images, sexually suggestive conduct, or offensive remarks of a sexual nature. *Id.*

- All members of the MIT community are expected to conduct themselves with proper respect for one another. Policies, §9.7 (Relations with Students and Student Conduct).

- Off-campus misconduct may be the basis for MIT disciplinary actions. *Id.*

## III.   **Summary of the Scope of Review**

### A.   *Documents Reviewed by Investigators*

Ms. Harbi and Professor Lewin agree that most of their communications during the Relevant Period occurred on Facebook and Skype. Ms. Harbi and Professor Lewin are unable to provide the entirety of their Facebook communications for technical reasons, namely an upgrade to Facebook that caused the deletion of earlier communications (in the case of Ms. Harbi) and the deactivation of Facebook accounts (in the case of Professor Lewin). As such, the Investigators have relied upon materials provided to them by Ms. Harbi and Professor Lewin.

On October 10, 2014, Ms. Harbi provided the Investigators a link to a dropbox that included hundreds of documents, including copies of emails between herself and Professor Lewin, screenshots of their Facebook communications, images, and screenshots of Skype communications.

On October 15, 2014, Professor Lewin provided copies of hundreds of pages of email exchanges between himself and Ms. Harbi.

### B.   *Witness Interviews*

The Investigators coordinated and conducted the following witness interviews:

- Ms. Harbi – October 10, 2014 (telephone interview with Ms. Walsh and Ms. Rankin)
- Professor Lewin – October 14, 2014 (in-person interview with Ms. Walsh)
- Chester Pok-Chung Chu – October 15, 2014 (in-person interview with Ms. Walsh)[6]

---

[6]   Heather Williams, Assistant Dean at MIT School of Science, was also present at this interview.

- Ms. Harbi – October 28, 2014 (Skype interview by Ms. Walsh and Ms. Rankin)
- Ms. Harbi – November 4, 2014 (Skype interview by Ms. Walsh, Ms. Rankin, and Mr. Roberts)
- Professor Lewin – November 7, 2014 (in-person interview by Ms. Walsh, Ms. Rankin, and Mr. Roberts)[7]

### C.   *Scope of Review*

Ms. Harbi also provided the Investigators with copies of emails and Facebook screenshots purporting to depict communications between Professor Lewin and other women who were not students in the 8.01x Course and had no other relationship with MIT. Under MIT's Policies, the Investigators have been charged solely with evaluating the interactions between Ms. Harbi and Professor Lewin as members of the MIT community and in the context of their student/teacher relationship. Accordingly, they do not consider these other materials in reaching the conclusions in this report.[8]

## IV.   Analysis and Factual Findings

### A.   *The edX Online Educational Platform*

On May 2, 2012, MIT and Harvard University announced edX, a partnership in online education.[9]  Through edX, MIT offers online versions of MIT courses which provide opportunities for professor-to-student interactivity.[10]  Online students who are able to demonstrate their knowledge of the course material receive certificates of mastery.[11]

### B.   *The 8.01x Course*

Through edX, MIT offers 8.01x, the online version of Classical Mechanics, which is the first of MIT's introductory physics courses.[12]  The course followed the MIT on-campus class as it was given by Professor Lewin in the fall of 1999, and also includes his video lectures, problem solving sessions, and "his famous in-class demonstrations."[13]  The edX website noted that Professor Lewin had "supplemented his lectures by including interactive questions to help students check their understanding during the lectures themselves."[14]

---

[7]    Professor Lewin was accompanied to this interview by his attorney, Joseph W. McDermott.
[8]    This limitation on the Investigators' review should not be interpreted as impacting MIT's ability to take action premised on a separate review of these other materials.
[9]    http://newsoffice.mit.edu/2012/mit-harvard-edx-announcement-050212
[10]   *Id.*; edX Terms of Service
[11]   http://newsoffice.mit.edu/2012/mit-harvard-edx-announcement-050212
[12]   https://www.edx.org/course/mitx/mitx-8-01x-classical-mechanics-853#.VGdn8rdOXIU
[13]   *Id.*
[14]   *Id.*

The 8.01x course description set forth the course requirements and stated that a student's "Estimated Effort" was twelve (12) hours per week.[15]   The 8.01x course description also listed the "Course Staff," including Professor Lewin. The description stated that Professor Lewin was an "extraordinary educator," had "received five teaching awards," and is "the only MIT Professor featured in 'The Best 300 Professors' of the Princeton Review."[16]

Approximately 40,000 people registered for the 8.01x course, and 6,000 actively took the course.[17]   Professor Lewin reported that students in the course could ask questions, that he had access to these discussions, and that students could seek answers directly from him by mentioning his name in a query. Professor Lewin viewed his course participation as important, stating in an email: "I will actively participate in the discussions and respond to all questions directed at me. It's very important that students who take my course have direct access to me."[18]

**B.   *Ms. Harbi's Participation in 8.01x***

In the summer of 2013, Ms. Harbi registered for the 8.01x course, which began on September 9, 2013 and ran through January 15, 2014. Ms. Harbi was seeking to obtain the Certificate of Mastery offered through the course,[19] and Professor Lewin understood that Ms. Harbi was taking the 8.01x course "for credit."[20]

**C.   *November 2013 – First Direct Communication Between Professor Lewin and Ms. Harbi***

In late August 2013, shortly after registering for 8.01x, Ms. Harbi created a Facebook group for course participants.

In November 2013, Professor Lewin joined the group and started to contribute to it.[21]

**D.   *The November 24, 2013 Emails Between Professor Lewin and Ms. Harbi***

Professor Lewin and Ms. Harbi agree that they then began direct and personal communications with each other, initially through email, then through their respective Facebook pages, and eventually via Skype.

The personal communications began on November 24, 2013, and Professor Lewin and Ms. Harbi exchanged multiple emails on that date.[22]   In these communications, Ms. Harbi

---

[15]      *Id.*

[16]      *Id.*

[17]      November 7, 2014 Lewin Interview

[18]      *See* January 14, 2014 email to Ms. Harbi from Professor Lewin, attaching the message to Sanjay Sarma, MIT's Director of Digital Learning.

[19]      October 10, 2014 Harbi Interview

[20]      November 7, 2014 Lewin Interview

[21]      November 7, 2014 Lewin Interview

[22]      There were at least four separate email chains on November 24, 2013, with the subject lines "confidential," "advice please," "PTSD," and "FB Mail" [Facebook]. In the chain with the subject line "advice please," Professor

disclosed personal information about herself, sometimes in response to inquiries from Professor Lewin. Among other things, Ms. Harbi stated that she had been repeatedly raped as a child by her uncle, that she had received beatings from her parents (including for failing to perform up to their standards in school), that she was currently suffering from depression and post traumatic stress disorder ("PTSD"), that she was under the care of a psychiatrist, and that she was taking anti-depressants and medication to address anxiety and panic attacks. Because her medication reportedly caused problems with her ability to focus, Ms. Harbi also expressed concern about her performance in the 8.01x course. The communications between Professor Lewin and Ms. Harbi on November 24th are summarized below.[23]

### 1.    Ms. Harbi's Disclosure of PTSD, Depression, and Use of Medication.

In their initial communication, Ms. Harbi asked Professor Lewin how she was doing in 8.01x, and he responded that she was "doing very well!" Ms. Harbi replied that she was "very disappointed" in herself, and that "some medicine" she was taking and the resulting "side effects" impaired her ability to focus. Professor Lewin then inquired, "What medication do you have to take and why?" In response, Ms. Harbi stated that she had been "depressive" and suffering from "PTSD" since 2002, with the result that she "had to drop [out of] University and handle [her condition] as much as it can be handled." Ms. Harbi further stated that she was taking "an antidepressant" and "high doses" of Clonazepam, which she said "is normally used as an antiepileptic" but in her case was being used to "fight against panic attacks and general anxiety." Ms. Harbi stated that Clonazepam impacted her "short term memory" and her ability to focus. She concluded that email, stating, "If I get the certificate [for 8.01x], that's good, and if I don't, I enrolled to learn, the certificate is the only way to achieve something. Understanding is what keeps me moving on. Thank you for your concern Professor Lewin!"

### 2.    Professor Lewin's Assurances about Ms. Harbi's Performance in 8.01x, and His Inquiries about her Personal Situation.

Professor Lewin then sent a pair of emails addressing Ms. Harbi's concerns about receiving the 8.01x certificate and her personal disclosures. Professor Lewin stated:

> Of course you will get the certificate you are doing well. If needed I could make it happen. But I don't think that will be necessary. I will follow your progress closely.

> Feel free to ask me questions. Email is a good way.

*****

---

Lewin told Ms. Harbi that he would be taping a video for the 8.01x course, and he asked, "What do you think I should stress?"

[23]    The email communications between Professor Lewin and Ms. Harbi occasionally contained grammatical and spelling errors. To facilitate review of this report, the Investigators have corrected some of those errors but not altered the substance of the communications between Ms. Harbi and Professor Lewin.

wow, I am moved by your openness. You must be a very wonderful and determined person with a strong character. How old are you?

Ms. Harbi replied and thanked Professor Lewin, stating that she did not deserve that much praise. In response to Professor Lewin's question about her age, she stated, "I am 31 :) And yes, judging by my profile picture, most people think I am not old enough to drive :)."

Professor Lewin then responded:

wowwwwwwwwww 31. You ce[r]tainly don't look 31. Do you live with your parents?

A few minutes later, Professor Lewin sent an email to Ms. Harbi inviting her to become Facebook friends, stating, "If you send me a [Facebook] friend request I will accept you. I get about 2000 friend requests every year – that is 10,000 in 5 years. I have only accepted 53."[24]

### 3. Professor Lewin's Inquiries about Ms. Harbi's PTSD, and Ms. Harbi's Disclosure of Childhood Rapes.

Professor Lewin then sent an email to Ms. Harbi with the new subject line "PTSD," in which he asked, "What happened that caused your depression?" In response, Ms. Harbi disclosed that her PTSD was the result of childhood rapes by her uncle, stating:

I'll be straightforward (Please don't be shocked):

I was raped several times by my Uncle, and I ended up with my family and the French Justice against me in the end (I'm not giving up. European court of Human Rights is yet to be used). And at the same moment, my father got a melanoma, and everything collided at the same time. I was really surprised by the PTSD diagnosis, since it's commonly known to be a War associated issue....

Thank you for reading this Professor Lewin.[25]

Professor Lewin thanked Ms. Harbi for her message, which he said "indeed shocked [him]." Professor Lewin then asked:

---

[24]    During his November 7, 2014 interview with the Investigators, Professor Lewin stated that he will only accept someone as a Facebook friend if he or she can pass an art test (correctly guessing 20 of the artists who created the 100 works shown on his Facebook page), but that he was willing to "make an exception" for Ms. Harbi, which he has done for only a few others.

[25]    During her November 4, 2014 interview with the Investigators, Ms. Harbi stated that her psychiatrist has counseled her "to speak honestly" as part of her efforts to address her trauma. Ms. Harbi then stated, "If someone asks me why I need to take meds, I will answer honestly. That's why I talked about rape and PTSD in my November 24, 2013 emails with Walter."

How come he could rape you several times? Could you not tell your parents immediately after the first time? Did he visit you alone? You must have been about 20 years old. You are married and that must give you a lot of support. Do you have kids?

In another email, Professor Lewin stated, "We are now [Facebook] friends, perhaps that [will] help you a little in regaining your self confidence."

### 4.   Ms. Harbi's Detailed Description of Childhood Rapes and Beatings, and Professor Lewin's Reply Email.

Ms. Harbi responded by sending a lengthy email in which she further disclosed personal information referencing rapes by her uncle, as well as beatings at the hands of her parents. Ms. Harbi acknowledged that she "indeed [had] a big self confidence issue," which she had spent "a lot of time" working on. She described her childhood ordeals, stating:

I was 3 and a half and almost 11 when the rapes happened. My parents were not the listening to their child's issue type, they were asking me to be the best in everything: runner up or last was the same for them. And they taught me that quite the hard way. Beating me whenever I had a grade that wasn't an A+, that is.

Ms. Harbi stated that her uncle had been "higher in the hierarchy," and that she had been unable to speak about what he had done, but had instead "buried it as deep as [she] could." She stated:

When it happened, I didn't know what was going on, and my uncle (the rapist) was higher in hierarchy than me, so whatever he did or said, to the young me had to be relevant and true. So even if I indeed felt that it wasn't normal, I couldn't speak. I kept it for myself, buried it as deep as I could, but psyche has its own way of tell[ing] us "now I can't handle it anymore, this has to come out." And it came out almost completely when I was 21. I went to the police, and I'm fighting against the stupidity of French law and the backfire from my family all at once....

The hardest part is to see the people you grew up with and love not only ignoring you, but attacking you because you spoke the truth, a truth that should have never been said in their opinion.

In response to Professor Lewin's questions about her family and children, Ms. Harbi stated that she had left her parents' home at age 17 after graduating from high school following an argument about her studies with her late father that "turned really bad." Ms. Harbi also said that while she loved children, she did not want to have them, stating, "[G]iven my actual condition, it would be plain stupid to have kids as I am. I saw that too often, and kids don't have to pay for their parents' issues. At least this is what I believe." Ms. Harbi concluded her email, stating:

I just try to do what I can :)

And I have a psychiatrist who is absolutely wonderful, extremely clever and smart, and who believes me. Not to mention my husband who is supporting me in his way.

This is a little bit of my personal history, and I'm not ashamed of it. And thank you very much for your concern.

Few people dare to ask what you asked, it requires an open mind, and you definitely have an open mind sir.

In response to Ms. Harbi's extensive email, Professor Lewin sent the following reply (the "Reply Email"):

wowwwwwwwwwwwww you were raped at age 3.5

That is gross.  Your vagina was too small for you uncle's dick.  It must have hurt like hell.  I am amazed you still remember.  3.5 yr old.  You were raped again at age 11.  Does that mean he did not rape you for 7.5 years?

It's shocking that he is not in jail.

I will try to help you (some) in restoring your self confidence.

For sure you will pass 8.01x.

### 5.  Professor Lewin's Views Regarding His November 24th Reply Email, and His Plan to Teach Ms. Harbi How to Masturbate.

During his interview with the Investigators, Professor Lewin was asked whether he thought his remarks to Ms. Harbi in his Reply Email were appropriate. He responded, "What is appropriate for some? I thought it was appropriate." When asked to explain why he felt it was appropriate, Professor Lewin stated, "Why? Why do I like oysters? I thought it was [appropriate]. I was raised in a Dutch culture, whereby a subject like this is openly discussed. We [the Dutch] have a much more direct approach, which can hurt people too by the way. You, as an American, would not have thought this was appropriate. For me, it's fine."[26]

Professor Lewin was also asked whether he would have said the same thing to a student who had come to his office at MIT and made a similar revelation. Professor Lewin stated, "[I]f a student at MIT who came to me during office hours said this, I would have said the same thing."[27]

Professor Lewin then told the Investigators that he had "two things in mind" when he told Ms. Harbi in his Reply Email "I will try to help you (some) in restoring your self confidence."

---

[26]   November 7, 2014 Lewin Interview
[27]   *Id.*

9

HIGHLY CONFIDENTIAL

First, he stated that he thought he would "give her a boost through friendship" by making her a Facebook friend.[28]  Second, he stated that he wanted to "talk her out of the depression," and also thought that he "might be able to get her back on the road sexually."  Professor Lewin then stated, "I had done that before, through Facebook.  I taught another woman how to masturbate, and she learned she could do it.  She went bananas, and it opened up her whole world."  Because Professor Lewin's Reply Email does not expressly mention masturbation, the Investigators directly asked him whether he had in mind teaching Ms. Harbi to masturbate when he stated in his Reply Email that he proposed to help in "restoring her confidence."  He said that he did.[29]

### E.  Late 2013 to Mid-December 2013 – Continued Personal Communications between Ms. Harbi and Professor Lewin.

On November 25, 2013, the day after Ms. Harbi's personal revelations, Professor Lewin sent her an email asking for permission to add her picture to the 8.01x site, noting that "you sometimes see pictures of people related to 8.01x or FTLOP [the website "For the Love of Physics," which is named after Professor Lewin's book]."  Professor Lewin stated, "I would select the one that I like the most (very attractive)."  Ms. Harbi responded that it would be "an honor" for her.  Later that day, Professor Lewin sent Ms. Harbi an email that included a draft of an email that he planned to the other students in the 8.01x course, and he asked Ms. Harbi, "Please send me your comments."

Ms. Harbi reports that, over the next few weeks, she and Professor Lewin communicated through email and Facebook, and that Professor Lewin was nice and caring and told her that he would help her gain self-confidence.[30]  Professor Lewin also sent Ms. Harbi multiple emails in which he forwarded messages from students around the world praising him.[31]  In response to these emails from Professor Lewin, Ms. Harbi stated that she felt "incredibly lucky that [their] paths crossed," and she expressed her "love and respect" for Professor Lewin, signing one email, "Your friend and student, Faiza."[32]

Ms. Harbi reports that, during these conversations, she continued to talk to Professor Lewin about "effects of the rapes, the beatings and psychological demeaning by [her] dad."[33]  She states that she told Professor Lewin that she "was depressed and taking antidepressants, anti-anxiety medication, and prescriptions to sleep."[34]  She also reports that she revealed to Professor

---

[28]  Id.
[29]  Ms. Harbi's emails to Professor Lewin on November 24, 2013 included revelations about childhood traumas and the ongoing and negative psychological impact of those traumas.  The Investigators found nothing in those communications that reasonably could have been construed by Professor Lewin as request by Ms. Harbi "to get her back on the road sexually" or to teach her how to masturbate.
[30]  October 10, 2014 Harbi Interview
[31]  During his November 7, 2014 interview, Professor Lewin stated that he receives a lot of "fan mail."
[32]  See email exchanges between Professor Lewin and Ms. Harbi dated November 27, 2013, December 10, 2013, and December 11, 2013 (all forwarded to Jennifer Walsh on October 15, 2014).
[33]  November 4, 2014 Harbi Interview
[34]  Id.

Lewin that she took care of her father while he was dying of melanoma (he died in 2005), and that she was never able ask him important questions like, "Why did you beat me?"[35] She states that she told Professor Lewin that, because of her PTSD, she "could not take a shower if there was nobody in the apartment," and that she needs to position herself while sitting "so that [she] can see the apartment door" and "be sure that no one is coming."[36]

In his interview with the Investigators, Professor Lewin acknowledged that, during his early communications with Ms. Harbi, she stated that rapes by her uncle had occurred "repeatedly" and that she "still had nightmares about it."[37] He viewed Ms. Harbi as "terribly distorted mentally" as a result of the rapes, "as would be the case for a girl [raped] between 3 and 8."[38] Professor Lewin estimated that the subject of Ms. Harbi's rapes "must have come up 50 times" in their communications, and he felt that "she was clearly not over it."[39] Professor Lewin stated that he would regularly ask Ms. Harbi how she was feeling (she would do the same with him), and that Ms. Harbi would report that she had "good days and bad days" and that there were nights when she could not sleep.[40] Professor Lewin further reports that Ms. Harbi disclosed to him that "she was not interested in sex" and that "her sex life was very frustrating."[41]

The Facebook posts and emails between Professor Lewin and Ms. Harbi during this time show that Professor Lewin also provided personal information to Ms. Harbi, including disclosures regarding his recent medical issues and surgery (after which he lapsed into a coma), and the fear that he was going to die. He also talked about his recovery, working on his book *For the Love of Physics*, his lecturing around the world, and the adulation he had received, and he also provided Ms. Harbi links to articles about himself.

### F.   *Discussions about Sex and Masturbation*

Ms. Harbi reports that, in early December, 2013, her conversations with Professor Lewin "began to switch from friendship," and he started repeatedly telling her in their online communications that he was "falling in love" with her and that he wanted "her body" in a sexual way.[42] Ms. Harbi reports that she told Professor Lewin that she did not feel the same way about him, and that Professor Lewin told her that she was "in denial." Ms. Harbi reports that Professor Lewin raised the subject of masturbation, telling her that masturbating was healthy and would release her anxiety and that he had taught two young girls to masturbate and feel physical pleasure.[43]

---

[35]   *Id.*
[36]   *Id.*
[37]   November 7, 2014 Lewin Interview
[38]   *Id.*
[39]   *Id.*
[40]   *Id.*
[41]   *Id.*
[42]   *Id.*
[43]   November 4, 2014 Harbi Interview

For his part, Professor Lewin states that he and Ms. Harbi became "very close friends" on Facebook and that he "early on" had "sexual interactions" with her, which occurred during the 8.01x course.[44]  Professor Lewin reports that the discussions about sex "slowly evolved" in "a very slow process."[45]   Professor Lewin states that Ms. Harbi told him that "she was not interested in sex," that she "never had sex with her husband because he was not interested," and that her sex life was a "nightmare," "very frustrating," and "disastrous."[46]  Professor Lewin reports that he asked Ms. Harbi, "for her sake," whether she masturbated.[47]  She said that she did not.  Professor Lewin reports that Ms. Harbi asked him if he masturbated, and he said "yes."[48]  Professor Lewin reports that he then told Ms. Harbi, "If you learn to masturbate, it may enormously help you deal with high pressure and tension."  Professor Lewin states that he "wanted to teach her how to masturbate" so that she could "release her pressure and tension." He states, "It was her hope, and my hope, that I would teach her how to masturbate."[49]  Professor Lewin confirmed that these conversations with Ms. Harbi occurred during the period of the 8.01x course.

During his interview, Professor Lewin stated that "[o]ne of the things [he] wanted to do was to teach [Faiza] to masturbate," and that he "felt that she had never had an orgasm, and [he] wanted to get her to that point."[50]  Professor Lewin stated that he told Ms. Harbi that she should "touch yourself, your clitoris," and that Ms. Harbi responded, "Whether I touch my arm or my clitoris, it makes no difference."

## G.   *The December 14, 2013 Skype Session*

Ms. Harbi reports that on Saturday, December 14, 2013, she was having a conversation with Professor Lewin on Skype that did not start sexual, "but then switched." She describes the conversation as follows.[51]  She and Professor Lewin talked about her lack of self-confidence and self-esteem, and how she hated her image and body.[52]  Ms. Harbi repeatedly asked Professor Lewin, "Why do you want to be my friend? I have no degree. I have nothing special." She said she could not understand why Professor Lewin "felt love" for someone like her, and why he was so interested in helping her. She pointed out that she "was nothing like him," and that all of his

---

[44]     November 7, 2014 Lewin Interview
[45]     *Id.*
[46]     *Id.*
[47]     *Id.*
[48]     *Id.*
[49]     *Id.* The Investigators were provided no documentary evidence supporting the contention that Ms. Harbi wanted Professor Lewin to teach her how to masturbate. The written communications between Professor Lewin and Ms. Harbi appear to reflect her fear of masturbation. See, e.g., December 17, 2013 email from Ms. Harbi to Professor Lewin ("Sex is not part of my life, and it's not normal….I'm afraid to even touch myself, masturbate.").
[50]     November 7, 2014 Lewin Interview
[51]     November 4, 2014 Harbi Interview
[52]     During her November 4, 2014 interview, Ms. Harbi noted that it is not unusual for women who were raped and abused to feel this way.

other friends had PhDs.[53] With respect to her body image, Ms. Harbi said she viewed herself as fat and said that her mother had called her "my piglet." Professor Lewin told her that she was "not fat at all" and that her body was "perfect." Ms. Harbi responded, "You can't know how I look."[54] Professor Lewin then asked Faiza to show him her body, and she tried to turn the request into a challenge, stating "I'll show you mine if you show me yours," thinking that he would never do that. Ms. Harbi then sent Professor Lewin a picture of herself (clothed), and said, "That is why I feel fat."[55] Professor Lewin again told her she was not fat. Ms. Harbi then took a picture of herself wearing shorts (so he could see her thighs), and said, "See, they are big and fat." Professor Lewin stated that he was "getting aroused and excited."[56] At this point, Faiza reports that she "gave up" and sent Professor Lewin a "quick picture" of herself with her shirt up, exposing her breasts.[57]

During his interview, Professor Lewin stated that he recalled that Ms. Harbi lifted her shirt during one of their "early Skype missions," but that he "could not remember why this happened." When asked whether he responded to this action by Ms. Harbi, Professor Lewin stated, "I probably said that she had very nice breasts."[58]

### H.   *Ms. Harbi's December 15, 2013 Email to Professor Lewin – "I Don't Love You the Same Way you Love Me."*

On December 13, 2013, Professor Lewin sent an email to Ms. Harbi stating, "I want you 25/7 (sic). Wanting you is the logical consequence of loving you." He also asked, "Do you sleep in the same bed as your husband?" Ms. Harbi responded, "I [love] you too, in my way of loving you." Professor Lewin told Ms. Harbi, "Ok me in your way of loving. If that means that you do not want sex with me. I will respect that. Frankly I think you want to." Ms. Harbi replied, "Frankly I have no clue."

On December 15, 2013, Ms. Harbi received an email from Professor Lewin that included a double entendre about looking forward to their next communication, stating, "I cunt wait."[59] Ms. Harbi then wrote Professor Lewin a lengthy email trying to explain that she did not feel the same way about him as he felt about her. Because the email reflects Ms. Harbi's state of mind at the time, it is quoted below in its entirety:

> I understand very well that your feelings for me are love. As in falling in love, madly in love, LOVE.

---

[53]   November 4, 2014 Harbi Interview
[54]   *Id.*
[55]   *Id.*
[56]   *Id.*
[57]   During her November 4, 2014 interview, Ms. Harbi then stated to the Investigators, "This one [sending the picture of her breasts] is my fault – this one is really on me. I will never forgive myself for that." She reports that she remembers that she sent the picture to Professor Lewin while her husband was home and in his office, and she remembers feeling "trapped" and that she was "doing something wrong."
[58]   November 7, 2014 Lewin Interview
[59]   These types of sexual references appear in several emails from Professor Lewin to Ms. Harbi.

I did nothing special to create that. Even though you keep telling me that it's my personality, my character, and that fact that you find me attractive, and, to quote you "gorgeous," I'm having a hard time to process that.

I feel the opposite about myself, as I told you: Very low to no self esteem whatsoever....

I understand and heard that you're physically attracted, aroused by me. I'm still processing that too, for the same reason listed above too.

I understand and hear and accept that you want to make love to me (I find that way to say it less "brutal" per se, more gentle and slow if I had to describe it). A lot, and as much as possible too.

It makes me feel good that a man like you, with your experience feels such strong feelings and desires for me (even though I don't get why, I'll try to stop saying that I think you know that already :) ). It's the first time that those words have that impact on me.

I mean that even though I don't get the why of (sic) those feelings and desires you have for me, I know it's genuine. You're not fooling around with me. You mean what you say.

And you know that I mean what I say too:

I love you. I love this verb in English. In French it can only be used with your companion and close relatives, otherwise it would be misunderstood.

I don't love you the same way you love me;

I feel love, in a very strong tender, gentle profound way. I want to know you better, learn more about you, as Walter the human being.

I am aware that you can say words that make me feel excited physically. I still know that it's not the same love as yours.

I don't want to leave any room for assumptions, to let you think I say "no" when I think "yes." It's not denial.

Am I afraid to lose you while I'm writing that? Yes.

You opened up to me, and talked about your life, love life a bit (the last 15 years), your no sex life in the past 12 years too. I told you about mine too. Or the absence of it (sex life that is). You're not the only one to find that no sex life "absurd" (quoting you).

As a human, and to a scientist, I can't say "never." This is not an opening. It's life, we both don't know how things may or may not change.

14

I hope I made it clear and not brutal, nor harming. I don't mean to hurt you, "au contraire."

You're precious to me, the way I described above, and you make me feel physical feelings I never had before. I can't deny that. I'm trying to list what I feel since we became friends (3 weeks ago :) )

I hope you won't take it badly.

With all my tender love, my way to love you

Faiza

[end of email]

Minutes later, Professor Lewin responded to Ms. Harbi's email, stating as follows:

This is not the first time that you told me that you are not in love with me.

I know that.

waml[60]

## G.   *Professor Lewin Masturbates While Skyping with Ms. Harbi*

Ms. Harbi reports that sometime after she sent her December 15th email to Professor Lewin (and before Professor Lewin went to Thailand on December 18th), she and Professor Lewin were Skyping and talking about "something trivial, like the weather," when she "realized that there was something wrong" and that Professor Lewin was "doing something weird."[61] She states that she asked him point blank, "Are you masturbating?" He acknowledged that he was. Ms. Harbi reported that she "didn't know how to react," particularly because she feels uneasy with her own body, and that she may have said "okay" (in questioning tone) and sent him a smiley face emoticon.[62]

For his part, Professor Lewin stated that the second time he Skyped with Ms. Harbi, she was "all naked" when the Skype came on, and he masturbated.[63] During his interview with Investigators, Professor Lewin stated, "I was fully dressed, and she could not see anything of me. But she did know that I was masturbating – I was not doing it in a sneaky way. She noticed that my hand was going up and down."[64]

---

[60]     "waml" means "With all my love."
[61]     November 4, 2014 Harbi Interview
[62]     *Id.*
[63]     October 15, 2014 email from Professor Lewin to Jennifer Walsh; November 7, 2014 Lewin Interview.
[64]     November 7, 2014 Lewin Interview

### H.     *December 17, 2013 Email from Ms. Harbi – "Sex is not part of my life"*

On December 17, 2013, Ms. Harbi sent another email to Professor Lewin with the subject line "hum." She asked, "Do you really believe this is true love you're feeling? You don't really know me, [and] I have a hard time believing…that you can be in LOVE, THE love, with me. :)" Ms. Harbi stated that she could "completely understand the need of being in love, and the need for sex," and that it was "very pleasing to be desired." Ms. Harbi then stated, "Sex is not part of my life, and it's not normal." She further stated, "I'm afraid to even touch myself, masturbate (I touch myself when I wash myself, but it's like trying to tickle oneself, I never felt anything: touching my intimate parts when I shower /bath is like touching my arm or any other part)."

### I.     *Differing Perspectives on the Sexual Relationship*

Professor Lewin and Ms. Harbi agree that that Professor Lewin masturbated during multiple Skype sessions while Ms. Harbi did not, and that Ms. Harbi occasionally sent naked images of herself to Professor Lewin. The parties' perspectives diverge with respect to whether Professor Lewin's behavior was welcome. For that reason, their perspectives are summarized separately.

#### *Ms. Harbi's Perspective*

Ms. Harbi reported that, from the moment that Professor Lewin first masturbated during a Skype session, the "sexual component of [their] discussions was almost always there for Walter – I was just tits and cunt."[65] Ms. Harbi reports that she told Professor Lewin that she did not think of him in the same way, but that he responded, "You've told me that several times already," and his sexual behavior didn't stop.[66]

Ms. Harbi reports that Professor Lewin told her that he masturbated to her pictures on Facebook, and that he would say something like, "I'm looking at picture of you in a blue sweater. It is so attractive and so sexy that I was getting a huge erection. I was so excited and horny and I couldn't resist [masturbating]."[67]

Ms. Harbi reports that Professor Lewin began asking her to engage in "virtual sex" (i.e., masturbating over live Skype).[68] She reports that, to avoid his requests for virtual sex, she sent videos or pictures of herself naked to Professor Lewin "so that he would have the materials to do whatever he does [masturbate] and so it wouldn't be live."[69] According to Ms. Harbi, this worked for a few days, but then Professor Lewin would ask "for more" and went back to his "obsession" with "virtual sex" over live Skype.[70] Ms. Harbi reported, "I had already used

---

[65]   November 4, 2014 Harbi Interview
[66]   *Id.*
[67]   *Id.*
[68]   *Id.*
[69]   *Id.*
[70]   *Id.*

pictures, chats, videos of myself – and I did not really know how to avoid anymore. I was faking to enjoy this. I was talking to him on Skype, fully dressed, just talking to him, and I wanted him to cum faster. He didn't need me to be undressed to be excited or aroused."[71] Ms. Harbi stated that she would want it to be over quickly so would often do what he asked. [72] Professor Lewin would say things like "show me your cunt."[73] Ms. Harbi reports that she sent Professor Lewin pictures of her breasts and full body (estimates she sent around 10 pictures), and that she felt so ashamed that she deleted those pictures and exchanges.[74]

Ms. Harbi reported that she felt that Professor Lewin "owned" her and that she had to "obey" him, and, for that reason, she would give him permission to masturbate. She said, "I did not masturbate. It was just him. It was a 'favor' to him."[75]

### *Professor Lewin's Perspective*

Professor Lewin said that his sexual relationship with Ms. Harbi lasted about four weeks, during which he saw her naked "many times" and masturbated in front of her "maybe twice a week."[76] Professor Lewin stated that Ms. Harbi was occasionally naked during some of their Skype sessions because "she thought it would excite [him]," and he said that he "never asked her to take her clothes off."[77] Professor Lewin stated that Ms. Harbi "happily undressed (voluntarily)" on "her own initiative," and that he "saw her breasts and pussy many times."[78] Professor Lewin stated that, after the first time that he had seen Ms. Harbi naked on Skype, he told her that "her vagina looked different," and she responded, "I have shaved it a bit, so that you can see my vaginal lips better. I thought it might excite you."[79] Professor Lewin stated, "Believe me, I never asked for that."[80]

Professor Lewin stated that Ms. Harbi also sent him emails stating "how much she enjoyed" watching him masturbate, and that she had a "wonderful feeling" and "felt so close" to him when he had an orgasm.[81] Professor Lewin stated, "She loved to see me cum."[82]

Professor Lewin contends that his sexual relationship with Ms. Harbi was "totally consensual."[83]

---

[71]    *Id.*
[72]    October 23, 2014 Harbi Interview
[73]    *Id.*
[74]    *Id.*
[75]    November 4, 2014 Harbi Interview
[76]    November 7, 2014 Lewin Interview
[77]    *Id.*
[78]    October 14, 2014 email from Professor Lewin to Ms. Walsh, subject "Faiza."
[79]    November 7, 2014 Lewin Interview
[80]    *Id.*
[81]    *Id.*
[82]    October 14, 2014 email from Professor Lewin to Ms. Walsh, subject "Faiza"
[83]    October 14, 2014 Lewin Interview

**J.**  *The Email Exchanges on January 8th and 9th Regarding Professor Lewin's Alleged Focus on Ms. Harbi's "Cunts and Tits."*

On January 8, 2014, Ms. Harbi sent another email to Professor Lewin with the subject line "questions :)" In that email, Ms. Harbi addressed her "confusion" about her relationship with Professor Lewin (which she viewed tenderly and believed he viewed sexually), his perceived focus on her "cunt and tits," his masturbation, and her lack of sexual experience and self-esteem (which she linked to her decision to send him nude pictures of herself). She stated:

Since about 10 days, I feel like – don't take it the wrong way – I'm just being honest with you about how I feel things and see things (It's not a statement) – you are almost exclusively into my cunts and my tits, that I have made available for you (my decision. Whether it is a good or bad decision is my business).

I feel confused about that. I am more than just that.

For instance, yesterday, I was looking forward to talking with you, exchange, learn more about you. I was a bit surprised to see that you were aroused and touching yourself as your belt was unbuckled and your pants a bit opened. Yet, you were aroused before I showed you nothing more than my face.

I find it hard to believe that I can be that attractive, and raise such a huge desire.

Don't misunderstand me. It is extremely pleasing to see you having sex, to talk to you while you do it, to hear you, I've yet to see you cum or masturbate since I only see you shoulders. I find it incredibly beautiful and pure (you may laugh at that, but I have no reason to lie) when you orgasm, our face, your eyes, your mouth…I don't know, it makes me feel close to you.

You are precious to me, and I find the words "sex friends" not okay with what I feel. Again, I don't really like labels. And relationships are more than just a label.

When I say that I want to hug you, tenderly, (no sex implied here, tenderness implied), feel your warmth, I wonder if you get it, or if you see yourself moving your hands to my butt, my breasts, …etc?

Yes, I never said in the title [of the email] that it was a short question, nor that I could express myself crystal clear.

I would if it were crystal clear to me. But as you know, my sexual experience is close to zero, so…interpreting signals…I would hate to misinterpret them.

I don't like misunderstandings (who does? Actually, lots do), and I'd rather ask questions than overthink every possibility, and this is hard here, since I don't really have priors.

It is likely that someone with more self esteem and/or experience in the subject wouldn't have sent the pictures I did send. Well, I'll stop here. I hope you interview is going just fine.

In his response on January 9th, Professor Lewin stated, "Be more precise in what is bothering you... I will refrain from sex with you if you so prefer, but as I said, your message is not very clear." Ms. Harbi replied:

I've had since a bit more than a week the feeling that I am more of tits and cunt than a whole person. Again it's my feeling, and I'm not used to be seen as attractive, sexually appealing. I don't like the label "sex friend" because I don't like the label and it's not accurate. You are more than that.

I was surprised to see you prepared for sex when we skyped for real for the first time, when I saw your pants. I can hardly believe I am that attractive, and that just seeing my face can turn you on. I am not saying less sex, your desire is your desire Walter :) I'm not sure you can decide to not have an erection.

Since this display of love (for my tits and cunts, my whole body, me as a whole I don't know) is new, it puzzles me. You fell in love with such smart women, and they fell for you too. I don't find myself smart, even though people around me find me "super smart."

Again, I love seeing you have pleasure, your face when you have an orgasm is genuinely beautiful and pure. And yes, I want to see you cum. Yes it arouses me, and I don't know why (to know that I arouse you). You are more experienced than me in the subject.

Trying to be more concise, when it's a subject that hardly handles shortcuts.

In an email later on January 9th, Professor Lewin disagreed with Ms. Harbi's view that he was "more into [her] tits and cunt that the rest [of her]," asking her, "How many messages do we exchange every day without any connection with sex, dick, cunt, or tits? Count them. I believe today that there were MANY, yesterday even more." Professor Lewin told Ms. Harbi that her prior email was "too long" and stated, "Please try to shorten it to 50 words."

During her interview with the Investigators, Ms. Harbi stated that, no matter what ground rules she tried to set, Professor Lewin didn't follow them and didn't listen.[84]

### K.    *January 17, 2014 – Picture of Professor Lewin's Penis*

Ms. Harbi reports that, on January 17, 2014, Professor Lewin sent her a picture of his penis, and she provided a copy of the picture, which shows only a hand holding a penis, to the Investigators.

---

[84]    November 4, 2014 Harbi Interview

During his interview with the Investigators, Professor Lewin was shown the picture that had been provided to the Investigators by Ms. Harbi. Professor Lewin confirmed that the picture depicts him, but he stated, "It was not sent to Faiza."[85] Professor Lewin stated that he sent the picture to someone else (Woman A) "probably this year – very recently," which he said he could tell by the ring he is wearing in the picture.[86] He said that Woman A "asked for the picture, she really wanted it."[87]

Professor Lewin also said that he sent "a different picture at a different time" to another woman (Woman B), and also exchanged pornographic images "back and forth" with her on Facebook.[88] When asked whether Woman A and Woman B were adults, Professor Lewin asked, "What do you mean adults?" The Investigators responded, "Over the age of 18." Professor Lewin then stated, "Yes."[89]

Professor Lewin reiterated that he "never" sent any naked pictures or pornographic pictures, videos, or messages to Ms. Harbi, and he asked the Investigators, "Why would I do that?"[90] Professor Lewin said that Ms. Harbi was "not a horny person" and was "not asking for" pornographic pictures, and that he and Ms. Harbi "did not have that the kind of relationship."[91] For that reason, Professor Lewin stated, "It would be highly inappropriate to send pictures and videos to Faiza."[92] Professor Lewin stated that the other two women to whom he sent pictures were "enormously sexually active" and "wanted" the pictures.[93] Professor Lewin then stated, "I have not sent Faiza a picture because Faiza was not interested in that. She was not that kind of person. I would not voluntarily send [her a picture]… My relationship with Faiza was very different."[94]

The Investigators were unable to resolve the dispute between Professor Lewin and Ms. Harbi regarding whether Professor Lewin sent this picture directly to Ms. Harbi. However, that dispute ultimately does not impact the conclusions that reached by the Investigators, which are set forth below.

---

[85]  November 7, 2014 Lewin Interview
[86]  *Id.*
[87]  *Id.*
[88]  *Id.*
[89]  *Id.*
[90]  *Id.*
[91]  *Id.*
[92]  *Id.*
[93]  *Id.*
[94]  *Id.*

## IV.   Investigators' Conclusions Regarding Violations of MIT Policy

### A.   *Professor Lewin Violated MIT's Policy on Harassment.*

Professor Lewin's conduct towards Ms. Harbi constituted sexual harassment under MIT's Policies, which define sexual harassment to include unwanted requests for sexual favors, sexually suggestive conduct, or offensive remarks of a sexual nature.   MIT's Policies, §9.5. From the commencement of his communications with Ms. Harbi, Professor Lewin's objective was "to get [Ms. Harbi] back on the road sexually" by teaching her to masturbate, even though she had not expressed any interest in learning to masturbate.   Given Professor Lewin's intention (which he formed on November 24, 2013, the first day he and Ms. Harbi communicated in a personal manner), as well as Ms. Harbi's email to Professor Lewin (in which she stated that she was "afraid to even touch [herself], masturbate"), the Investigators credit Ms. Harbi's assertion that it was Professor Lewin who raised the subject of masturbation with her.   The Investigators do not credit Professor Lewin's statement that Ms. Harbi was "very excited about the prospect of masturbation."[95]

Professor Lewin initiated conversations about sex, telling Ms. Harbi that he wanted her in a sexual manner, and he also made inappropriate inquiries regarding her marital relationship (e.g., "Do you sleep in the same bed as your husband?")   Ms. Harbi repeatedly responded that she loved Professor Lewin only in a "very strong tender, gentle profound way," and not in a sexual way.   Although Professor Lewin purported to acknowledge Ms. Harbi's position ("If that means you don't want sex with me[,] I will respect that"), he also suggested that she was in denial ("Frankly, I think you want to").   Ms. Harbi disagreed with Professor Lewin's suggestion, stating, "I don't want to leave any room for assumptions, to let you think I say 'no' when I think 'yes.' It's not denial."

Despite Ms. Harbi's assertion that she was not interested in a sexual relationship with Professor Lewin (while acknowledging that she was flattered by his attentions), Professor Lewin persisted in pursuing a sexual relationship and began masturbating during Skype sessions with Ms. Harbi.   This sexual conduct was not merely suggestive, it was open, and it occurred repeatedly during the time that Ms. Harbi was a student in 8.01x.

After Ms. Harbi came forward with her complaint, Professor Lewin sought to justify his behavior by stating that Ms. Harbi "happily undressed (voluntarily!)" on her "own initiative."[96] The evidence suggests that Ms. Harbi's naked display of herself to Professor Lewin was not reflective of happiness nor definitive decision-making capabilities.   Rather, Ms. Harbi told Professor Lewin, "It is likely that someone with more self esteem and/or experience in the

---

[95]   October 15, 2014 email from Professor Lewin to Ms. Walsh
[96]   October 14, 2014 email from Professor Lewin to Ms. Walsh

subject [sex] wouldn't have sent the pictures I did send," and she would not state whether her display of her body was "a good decision or a bad decision." Professor Lewin also believed that Ms. Harbi was "terribly distorted mentally" and had an "inferiority complex," which he felt was "[n]ot too surprising with [her] history."[97] Given his awareness of Ms. Harbi's reported history of multiple rapes by an authority figure (her uncle, who was "higher in the hierarchy"), her depression, her use of anti-anxiety medication and antidepressants, and her expressed uncertainty and confusion about sexual behavior, Professor Lewin should have taken care to determine whether Ms. Harbi truly consented to their activity in an informed and willing manner. He did not do so.

When Professor Lewin was advised of Ms. Harbi's complaint, he stated to Ms. Walsh, "If you people decide that according to the LETTER I am guilty of sexual harassment, so be it. But in SPIRIT there never was any harassment."[98] The Investigators conclude, however, that Professor Lewin violated both the letter and the spirit of MIT's Policies. While Professor Lewin was her teacher and Ms. Harbi was his student, he initiated and pursued sexual activity with her. Even after Ms. Harbi stated that she did not view him in a sexual way and expressed her confusion, Professor Lewin persisted in his advances.

### B.   *Professor Lewin Violated MIT's Conflict of Interest Policy.*

Professor Lewin initiated and persisted in pursuing a sexual relationship with Ms. Harbi, in contravention of MIT's educational and employment policies. MIT's Policies, §4.4. From the commencement of his communications with Ms. Harbi, Professor Lewin recognized and stated to Ms. Harbi that he had the ability to influence her success in 8.01x. Specifically, when Ms. Harbi raised a concern about obtaining the certificate in the course, Profess Lewin stated, "Of course you will get the certificate you are doing well. If needed I could make it happen. But I don't think that will be necessary. I will follow your progress closely." At the same time that Professor Lewin told Ms. Harbi that he had the power to intervene on her behalf in the context of her educational supervision and evaluation, he also had a then undisclosed plan to engage in sexual activity with her (i.e., teaching her to masturbate). Once the relationship between Professor Lewin and Ms. Harbi became sexual, as the parties agree it did, the likelihood that Professor Lewin would be influenced by that relationship became even greater, as MIT's Policies recognize. *See* MIT's Policies, §4.4 ("Potential conflicts of interest of a particularly sensitive nature may arise out of sexual relationships, especially in the context of educational or employment supervision and evaluation.")

---

[97]   February 1, 2014 email from Professor Lewin to Ms. Harbi
[98]   October 15, 2014 email from Professor Lewin to Ms. Walsh

C.   *Professor Lewin Violated MIT's Policy regarding Personal Conduct and Responsibilities towards Students and Employees and MIT's Policy Regarding Relations with Students.*

As a student in a virtual course offered through MIT's online educational platform, Ms. Harbi deserved the same respectful treatment and common decencies that are encouraged and fostered by MIT's Policies for all members of the MIT community and that are afforded to those students who attend classes on MIT's campus. *See* MIT's Policies, §§9.1, 9.7. While Ms. Harbi was a student in 8.01x, Professor Lewin violated these policies.

Professor Lewin viewed his relationship with Ms. Harbi as one of "sex friends" (a term he knew Ms. Harbi disliked) [99]. He appears to have lost sight of the most important relationship he had with Ms. Harbi, namely that of teacher and student.

---

[99]   October 14, 2014 email from Professor Lewin to Ms. Walsh