**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FAIZA HARBI, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:16-cv-12394-FDS |
| ) | |
| MASSACHUSETTS INSTITUTE OF ) | |
| TECHNOLOGY, et.al., ) | |
| ) | |
| Defendants ) | |
| ) | |

## MASSACHUSETTS INSTITUTE OF TECHNOLOGY'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Massachusetts Institute of Technology ("MIT") respectfully moves the Court to dismiss Plaintiff Faiza Harbi's claims against MIT—Counts I, II, IV, VIII, and IX of the Amended Complaint—for failure to state a claim upon which relief may be granted. MIT's accompanying Memorandum of Law in Support of Massachusetts Institute of Technology's Motion to Dismiss[1] sets forth the basis on which the claims should be dismissed, including:

1. Plaintiff lacks statutory standing to assert a claim under Title IX because she is not "a person in the United States;"

2. Plaintiff fails to state a cognizable Title IX claim because she fails to allege any facts that MIT acted with "deliberate indifference" toward her;

3. Plaintiff's claim that MIT violated G. L. c. 214, § 1C must fail because she did not timely file a charge with the Massachusetts Commission Against Discrimination before bringing suit and because plaintiff has failed to allege any facts that MIT acted with deliberate indifference;

4. Plaintiff fails to state any common law negligence claim because G.L. c. 214, § 1C creates the exclusive remedy for sexual harassment claims and because MIT did not have a legal

---

[1] MIT has filed a Motion for Leave to File a 30-page Memorandum of Law in Support of this Motion. D.N. 48. The accompanying Memorandum of Law is filed as a Proposed Memorandum of Law pending the Court's ruling on the Motion for Leave.

1

duty to the plaintiff because the alleged misconduct was not reasonably foreseeable to MIT; and

5. Plaintiff's fails to state a breach of contract claim because it too is foreclosed by G. L. c. 214, § 1C and because she does not allege facts sufficient to establish that she had a contract with MIT or that MIT breached any contract she contends existed.

WHEREFORE, for the aforementioned reasons and those set forth in the accompanying Memorandum of Law in Support of Massachusetts Institute of Technology's Motion to Dismiss, the claims against MIT should be dismissed.

## REQUEST FOR ORAL ARGUMENT

MIT requests, pursuant to Local Rule 7.1 and Federal Rule of Civil Procedure 12(i), that the Court grant a hearing on this motion.

> MASSACHUSETTS INSTITUTE OF TECHNOLOGY
>
> By its attorneys,
>
> */s/ Martin F. Murphy*
> Martin F. Murphy, BBO 363250
> Jennifer A. Kirby, BBO 678885
> Foley Hoag LLP
> 155 Seaport Boulevard
> Boston, Massachusetts 02210-2600
> 617-832-1000
> mmurphy@foleyhoag.com
> jkirby@foleyhoag.com

DATED: May 12, 2017

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I hereby certify that we, MIT's counsel, have conferred with counsel for Plaintiff in a good faith attempt to narrow or resolve the issues presented in this motion.

*/s/ Jennifer A. Kirby*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 12th day of May 2017.

*/s/ Jennifer A. Kirby*

B4685426.1