UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) <br> ) <br> FAIZA HARBI,                  ) <br> ) <br>     Plaintiff        ) <br> ) <br> v.                            ) <br> ) <br> MASSACHUSETTS INSTITUTE ) <br> OF TECHNOLOGY and WALTER ) <br> LEWIN,                        ) <br>     Defendants.   ) <br> _____) | Docket No. 1:16-cv-12394 |

**DEFENDANT LEWIN'S MOTION TO DISMISS ALL COUNTS AGAINST HIM, PURSUANT TO FED. R. CIV. 12(b)(6), and REQUEST FOR HEARING**

Defendant Walter Lewin by his undersigned counsel moves this Honorable Court to dismiss him from all counts of plaintiffs' Amended Complaint (ECF No. 32-1, as filed pursuant to ECF No. 41) in their entirety, pursuant to Fed. R. Civ. P. 12(b)(6), for failure to state a claim upon which relief can be granted. Lewin submits herewith a memorandum of law in support thereof.

                                                                                   WALTER LEWIN
                                                                                   By his attorneys,

                                                                                   /s/ _Rachel Stroup_____
                                                                                   Norman Zalkind (BBO #538880)
                                                                                    nzalkind@zalkindlaw.com
                                                                                  Rachel Stroup (BBO #667410)
                                                                                  rstroup@zalkindlaw.com
                                                                                 Naomi Shatz (BBO #677637)
                                                                                  nshatz@zalkindlaw.com
                                                                                 Zalkind Duncan & Bernstein LLP
                                                                                 65a Atlantic Avenue
                                                                                 Boston, MA 02110
                                                                                 (617) 742-6020

Dated: May 12, 2017

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I hereby certify that I have attempted to confer with Plaintiff's counsel in a good faith effort to resolve or narrow the issues raised in this motion.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), defendant Walter Lewin requests a hearing on this motion.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all attorneys of record by electronic filing on May 12, 2017.

/s/_Rachel Stroup_____
Rachel Stroup