UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FAIZA HARBI,

        Plaintiff,

v.

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY, et. al.,

        Defendants.

CIVIL ACTION NO. 1:16-cv-12394-FDS

**DEFENDANTS' JOINT STATEMENT REGARDING
PROPOSED DISCOVERY SCHEDULE PURSUANT TO LOCAL RULE 16.1(d)**

      Pursuant to Local Rule 16.1, counsel for the parties in the above-captioned matter conferred by telephone on September 26, 2017. After conference, Defendants Massachusetts Institute of Technology ("MIT") and Walter Lewin, through counsel, agreed to the proposed schedule below. Counsel for Plaintiff indicated on Thursday, October 5 that he had revisions to the schedule below, but Defendants' counsel have not yet received the proposed revisions. Counsel for Defendants MIT and Lewin report to the Court as follows:

1. *Schedule*. Consistent with the parties prior joint report filed June 30, 2017 (D.N. 67), the defendants propose the following discovery schedule:

    Amendments to Pleadings: March 2, 2018. The parties do not waive their rights to seek to amend a pleading after March 2, 2018 if good reason arises during fact discovery.

    Written Discovery deadline: December 31, 2017.

    Fact Depositions deadline: September 30, 2018.

    Fact Discovery deadline: September 30, 2018.

    Plaintiff's trial experts designated and information contemplated by rules disclosed by December December 31, 2018.

    Plaintiff's trial experts deposed by March 1, 2019.

B4699494.1

Defendant's trial experts designated and information contemplated by rules disclosed by January 1, 2019.

Defendant's trial experts deposed by March 1, 2019.

Dispositive motions filed by March 31, 2019.

Respectfully submitted,

WALTER LEWIN,
By his attorneys,

*/s/ Naomi Shatz*
Norman Zalkind, BBO #538880
Rachel Stroup, BBO #667410
Naomi Shatz, BBO #677637
Zalkind Duncan & Bernstein LLP
65a Atlantic Avenue
Boston, MA 02110
(617) 742-6020
nzalkind@zalkindlaw.com
rstroup@zalkindlaw.com
nshatz@zalkindlaw.com

MASSACHUSETTS INSTITUTE OF TECHNOLOGY,
By its attorneys,
*/s/ Jennifer A. Kirby*
Martin F. Murphy, BBO #363250
Jennifer A. Kirby, BBO #678885
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000
mmurphy@foleyhoag.com
jkirby@foleyhoag.com

Dated: October 10, 2017

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 10th day of October 2017.

*/s/ Jennifer A. Kirby*