UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FAIZA HARBI,<br><br>    Plaintiff,<br><br>  v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY, et. al.,<br><br>    Defendants. | CIVIL ACTION NO. 1:16-cv-12394-FDS |

## JOINT MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the parties in the above-captioned action request that the Court enter the proposed Protective Order attached hereto as Exhibit A. As grounds for the entry of the Protective Order, the parties state as follows:

  1. The parties anticipate that in the course of this matter they may be required to disclose confidential and sensitive information within the meaning of Rule 26(c) of the Federal Rules of Civil Procedure.

  2. The parties agree that the disclosure of this confidential and sensitive information should be limited as set forth in the Protective Order.

  WHEREFORE, the parties respectfully request that the Court enter the Protective Order, Exhibit A.

B4786386.1

<table>
<tr><td>

FAIZA HARBI
By her attorney,

*/s/ David P. Angueira*
David P. Angueira, BBO #019610
Swartz & Swartz
10 Marshall Street
Boston, MA 02108
(617) 742-1900
dangueira@swartzlaw.com

</td><td>

Respectfully submitted,

WALTER LEWIN,
By his attorneys,

*/s/ Rachel Stroup*
Norman Zalkind, BBO #538880
Rachel Stroup, BBO #667410
Naomi Shatz, BBO #677637
Zalkind Duncan & Bernstein LLP
65a Atlantic Avenue
Boston, MA 02110
(617) 742-6020
nzalkind@zalkindlaw.com
rstroup@zalkindlaw.com
nshatz@zalkindlaw.com

MASSACHUSETTS INSTITUTE OF TECHNOLOGY,
By its attorneys,
*/s/ Jennifer A. Kirby*
Martin F. Murphy, BBO #363250
Jennifer A. Kirby, BBO #678885
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000
mmurphy@foleyhoag.com
jkirby@foleyhoag.com

</td></tr>
</table>

Dated: January 29, 2018

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 29th day of January 2018.

*/s/ Jennifer A. Kirby*

B4786386.1