UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FAIZA HARBI,<br><br>                    Plaintiff,<br><br>         v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY, et. al.,<br><br>                    Defendants. | CIVIL ACTION NO. 1:16-cv-12394-FDS |

## JOINT MOTION TO EXTEND FACT DISCOVERY DEADLINE

Pursuant to Federal Rule of Civil Procedure 6(b), the parties in the above-captioned matter respectfully jointly request that the Court modify and extend the deadlines for fact discovery, expert discovery, and dispositive motions. As grounds for the motion, the parties state as follows:

1. The parties have scheduled a mediation for May 7, 2018.

2. Should the parties be unable to resolve this matter in mediation, the parties seek sufficient time to complete depositions and expert discovery by extending the following deadlines from the Scheduling Order (D.N. 84):

   a. Fact Discovery – Final Deadline. All discovery, other than expert discovery must be completed by 7/16/2018.

   b. Expert Discovery.

      i. Plaintiff's trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by 8/15/2018.

      ii. Plaintiff's trial experts must be deposed by 10/15/2018.

      iii. Defendants' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by 9/14/2018.

      iv. Defendants' trial experts must be deposed by 10/15/2018.

  c. Dispositive Motions.

      i. Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by 11/30/2018.

      ii. Oppositions to dispositive motions must be filed within 21 days.

3. The parties respectfully request that the Court continue the next status conference scheduled for May 3, 2018 to a date convenient to the Court after the proposed fact discovery deadline of July 16, 2018.

WHEREFORE, the parties respectfully request that the Court grant this motion and extend the relevant deadlines and continue the May 3, 2018 status conference.

    Respectfully submitted,

| FAIZA HARBI | WALTER LEWIN, |
|---|---|
| By her attorney, | By his attorneys, |
| */s/ David P. Angueira* | */s/ Rachel Stroup* |
| David P. Angueira, BBO #019610 | Norman Zalkind, BBO #538880 |
| Swartz & Swartz | Rachel Stroup, BBO #667410 |
| 10 Marshall Street | Naomi Shatz, BBO #677637 |
| Boston, MA 02108 | Zalkind Duncan & Bernstein LLP |
| (617) 742-1900 | 65a Atlantic Avenue |
| dangueira@swartzlaw.com | Boston, MA 02110 |
| | (617) 742-6020 |
| | nzalkind@zalkindlaw.com |
| | rstroup@zalkindlaw.com |
| | nshatz@zalkindlaw.com |

MASSACHUSETTS INSTITUTE OF TECHNOLOGY,
By its attorneys,
*/s/ Jennifer A. Kirby*
Martin F. Murphy, BBO #363250
Jennifer A. Kirby, BBO #678885
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000
mmurphy@foleyhoag.com
jkirby@foleyhoag.com

Dated: April 17, 2018

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 17th day of April 2018.

*/s/ Jennifer A. Kirby*