UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FAÏZA HARBI,<br><br>    Plaintiff,<br><br>v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY, and WALTER LEWIN,<br><br>    Defendants. | Civil Action No.<br>16-12394-FDS |

## SETTLEMENT ORDER OF DISMISSAL

**SAYLOR, J.**

The Court has been advised by the parties that this action has settled.

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within thirty (30) days to reopen the action if settlement is not consummated.

By the Court,

/s/ *Lisa Pezzarossi*

October 5, 2018
 Date

Lisa Pezzarossi, Deputy Clerk